T. A. CLARKE COMPANY, Appellant, *v.* BOARD OF EDUCA-
TION OF THE CITY OF NEW YORK, Respondent.

*Clarke Co.* v. *Board of Education, N. Y.,* 156 App. Div. 842,
affirmed.

(Argued April 27, 1915; decided May 14, 1915.)

APPEAL from a judgment, entered June 13, 1913, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department, overruling plaintiff's
exceptions, ordered to be heard in the first instance by the
Appellate Division, denying a motion for a new trial and
directing judgment for defendant dismissing the com-
plaint in an action to recover for loss of profits because
of being prevented from performing an alleged contract
for the construction of a public school. The complaint
alleged that the superintendent of school buildings and
the bureau of buildings advertised for bids for the con-
struction of Public School No. 92; that various bids were
submitted; that plaintiff was the lowest bidder; that its
bid was accepted and its sureties approved, and that it
was thereafter notified that the award of the contract
was withdrawn on account of insufficiency of appropria-
tion. The defense was that by reason of a resolution of
the board of estimate, authorizing the comptroller to issue
corporate stock for the benefit of the board of education
the defendant was limited, in its construction of Public
School No. 92, to an amount less than plaintiff's bid, and
that it was *ultra vires* for the board either to accept any
bid for said work or to award any contract for it which
was in excess of the amount available; that at the time

of the conditional acceptance of the plaintiff's bid there was not a sufficient appropriation for it, as required by the provisions of the charter.

*Edward M. Grout* and *James F. McKinney* for appellant.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.